IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JANELL PATRICE ANDRADE,

    Plaintiff,

v.                                                                         No. 13-cv-0780 WJ/SMV

CAROLYN COLVIN,
Acting Comm'r of SSA,

    Defendant.

## ORDER GRANTING MOTION TO SEAL ADMINISTRATIVE RECORD

       **THIS MATTER** is before the Court on Defendant's Unopposed Motion to Seal Administrative Record [Doc. 15], filed on March 12, 2014. The Court, being advised that the Motion is unopposed and being otherwise fully advised in the premises, finds that the motion is well-taken and should be **GRANTED**.

       **IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that Defendant's Unopposed Motion to Seal Administrative Record [Doc. 15] be **GRANTED**. The administrative record lodged by Defendant in the above-referenced case shall be permanently sealed. Access to the administrative record shall be limited to the Court and the case participants only.

       **IT IS SO ORDERED**.

                                                              **STEPHAN M. VIDMAR**
                                                              **United States Magistrate Judge**